JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANNA JONES, an individual, | Case No. 5:24-cv-02238-KK-KP |
| Plaintiff, | Judge: Hon. Kenly Kiya Kato<br>Magistrate: Hon. Sheri Pym |
| v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY; and DOES 1 through 25, inclusive, | |
| Defendants. | [Complaint Filed: 12/18/23] |

-1-

SMRH:4927-9734-0705.1

JS-6

1  Based upon the stipulation between the parties and their respective counsel, it
2 is hereby ORDERED that the above-captioned action is dismissed with prejudice in
3 its entirety.
4  It is further ORDERED that the terms of the parties' settlement are
5 incorporated herein by reference, and this Court shall retain jurisdiction over the
6 settlement agreement to enforce its terms.

8  IT IS SO ORDERED

Dated: March 17, 2025

By _____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

-2-

SMRH:4927-9734-0705.1